## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| **JASON COLLIER,** | **Civil Case Number:** |
| **Plaintiff,** | **1:23-cv-00247-MSM-PAS** |
| -against- | |
| **RESURGENT CAPITAL SERVICES, LP, LVNV FUNDING LLC,** | |
| **Defendants.** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jason Collier, and Defendants Resurgent Capital Services, LP and LVNV Funding LLC ("The Parties"), hereby stipulate and agree that the claims in this action shall be dismissed with prejudice, **as to all Defendants**, with each party to bear its own costs and attorneys' fees.

Dated:        June 4, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Brian J. Wall |
| Yitzchak Zelman, Esq. | Brian J. Wall, Esq. |
| PRO HAC VICE | Gordon Rees Scully Mansukhani, LLP |
| Marcus & Zelman, LLC | 21 Custom House Street, 5th Floor |
| 701 Cookman Avenue, Suite 300 | Boston, MA 02110 |
| Asbury Park, New Jersey 07712 | Tel: (857) 504-2026 |
| Tel: (732)-695-3282 | Email: bwall@grsm.com |
| Email: yzelman@marcuszelman.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed on June 4, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman